11-CV-01494-RESP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERONIMO LUIS CAMEJO-RODRIGUEZ,

Plaintiff,

v.

TRU SGT. BIGELOW, et al.,

Defendants.

Case No. C11-1494-TSZ

ORDER TERMINATING ACTION

The Court, having reviewed the Report and Recommendation of Mary Alice Theiler, docket no. 14, to which no objections have been filed, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is TERMINATED based upon plaintiff's failure to prosecute;

(3) Plaintiff's application to proceed *in forma pauperis* and his motion for appointment of counsel are STRICKEN as moot; and

(4) The Clerk is directed to close this action and to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 24th day of Feb, 2012.

THOMAS S. ZILLY
United States District Judge

ORDER TERMINATING ACTION
PAGE - 1